UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACY LANDER,<br><br>                      Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                      Defendant. | Case No.   15-CV-01894-MJP-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 22).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This court recommends that on remand the Appeals Council will instruct the Administrative Law Judge to (1) reassess medical evidence of record, including the opinion of Dr. Parlatore; (2) reassess the other source evidence, including the opinion of Mr. Richardson; (3) reevaluate the claimant's residual functional capacity; and (4) reevaluate steps four and five with the assistance of a vocational expert, if necessary.  This remand shall be made pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper request to the Court, Plaintiff is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**

DATED this 1st day of August, 2016.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2